UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Dr Daniel Best

      - against -

Peduines Healthcare Comm Group

------------------------------------------------------------X

ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/10/06

05 Civ. 7375 (HB)

POST-MEDIATION ORDER
OF DISCONTINUANCE

The parties having participated in a mediation before me and having reached a disposition as follows:

*[handwritten]* Π will pay Δ $243,750 consisting of $118,000 in repayment of business expenses + $125,750 to settle all other claims. General Releases to be exchanged by each other including a limited release from Δs to M DEA INC in relation to any restrictive covenants between Π & Δs. I'll keep jurisdiction to all disputes I will on final.

It is hereby

ORDERED that the above entitled action be and hereby is discontinued with prejudice and without costs to either party. The parties are aware that a failure to perform in accordance with the above disposition may result in the entry of a judgment against the non-performing party.

Dated: New York, New York

    October 10, 2006

I agree:

_____    _____
Plaintiff                              Defendant

_____    _____
Attorneys for Plaintiff          Attorneys for Defendant

                                        Harold Baer, Jr., U.S.D.J.